# United States District Court

### DISTRICT OF _____

US v. Burnett

EXHIBIT AND WITNESS LIST for FD

CASE NUMBER: 03-20098

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Michael P. McCuskey | Colin Bruce | Olmstead/Dowd |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 10-6-04 | Lisa Cosimini | Sherry Johnson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 10-6-04 | ✓ | ✓ | 22nd Century Freight Management Technology |
|  | 2 | 10-6-04 | ✓ | ✓ | Amicus Curae – E. Douglas McFarlin |
|  | 3 | 10-6-04 | ✓ | ✓ | Congressional Record |
|  | 4 | 10-6-04 | ✓ | ✓ | The Gift of Time Foundation Pamphlet |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages