**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 03-20098-001 |
| ) | |
| RICK L. BURNETT, ) | |
| ) | |
| Defendant, ) | |
| ) | |

**CERTIFICATE OF SERVICE**

The Citation to Discover Assets issued by the Clerk of the Court on October 22, 2004 and scheduled for appearance before the Magistrate Judge in Urbana IL on November 9, 2004 at 1:30 p.m. was served upon the Defendant, RICK L. BURNETT, by Certified Mail No. 7003 1010 0000 2840 6730 on October 28, 2004. See Exhibit A.

Respectfully submitted,

s/ Elizabeth L. Collins
_____
By:    Elizabeth L. Collins
Bar No. 487864
United States Attorneys Office
318 South 6th Street
Springfield, Il 62701
Telephone: 217/492-4450
Fax:  217/492-4888
email:  beth.collins@usdoj.gov

# CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **CERTIFICATE OF SERVICE**, has been placed in the United States mail addressed to:

RICK L. BURNETT
%Brett N. Olmstead, Esq.
Beckett & Webber PC
508 S. Broadway
PO Box 17160
Urbana IL 61803-7160

Brett N. Olmstead, Esq.
Beckett & Webber PC
508 S. Broadway
PO Box 17160
Urbana IL 61803-7160

James R. Dowd, Esq.
Dowd & Dowd PC
100 N. Broadway, Suite 2175
St. Louis, MO 63102


Date:  November 2, 2004

s/ Elizabeth L. Collins
By: Elizabeth L. Collins
Bar No. 487864
United States Attorneys Office
318 South 6th Street
Springfield, Il 62701
Telephone: 217/492-4450
Fax:  217/492-4888
email:  beth.collins@usdoj.gov