**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Brett N. Olmstead, Esq.
   Beckett & Webber PC
   508 S. Broadway
   PO Box 17160
   Urbana, IL 61803-7160

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]          ☐ Agent
                          ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
   James L. [illegible]             10/28/04

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7003 1010 0000 2840 6730

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

[Postmark: CHAMPAIGN IL PDF 618 PM 29 OCT 2004]

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**United States Attorney**
318 SOUTH 6TH STREET
SPRINGFIELD, IL 62701-1806
ATTN: FINANCIAL LITIGATION UNIT

04Z0329

EXHIBIT A.