AO 245B8 (Rev. 8/01) Judgment in a Criminal Case (CDIL)
Sheet 1



# UNITED STATES DISTRICT COURT

Central District of Illinois

UNITED STATES OF AMERICA
v.
RICK L. BURNETT

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

Case Number: 03-20098-001

Brett N. Olmstead and James R. Dowd
Defendant's Attorney

**THE DEFENDANT:**

[x] pleaded guilty to count(s) 1-13
[ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.
[ ] was found guilty on count(s) _____ after a plea of not guilty.

Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC § 1341 | Mail Fraud | 8/2001 | 1-13 |

The defendant is sentenced as provided in pages 2 through __7__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____
[ ] Count(s) _____ are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: .1520
Defendant's Date of Birth: /65
Defendant's USM No.: 14117-026
Defendant's Residence Address:

O'Fallon, MO 63366

Defendant's Mailing Address:
Same

October 6, 2004
Date of Imposition of Judgment

s/ Michael P. McCuskey
Signature of Judicial Officer

Michael P. McCuskey
U.S. District Judge
Name and Title of Judicial Officer

10/7/04
Date

AO 245B    (Rev. 8/01) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 7

DEFENDANT: Rick L. Burnett
CASE NUMBER: 03-20098-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 71 months on each of Counts 1 through 13, to be served concurrently.

☒ The court makes the following recommendations to the Bureau of Prisons:

Due to extensive family ties, the Court recommends the defendant be housed in the Midwest for visitation.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____

☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☒ before 2:00 p.m. on November 12, 2004

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____

Defendant surrendered on 11-12-2004 to Federal Prison Camp
at Marion, IL , with a certified copy of this judgment.

_____ Randy A. Davis Warden

By Brad Weivel, LTE