United States District Court
Office of the Clerk  Att: Mr. John M. Waters, Clerk
218 U.S. Courthouse
201 S. Vine Street
Urbana, IL. 61802

Criminal no. CR03-20098

August 9, 2007

FILED
AUG 13 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Dear Mr. Waters,

    I do not have legal representation so I am forced to write you direct. My question is a public record constitutional question.

    My judgement & conviction last date of offense states 8/2001. The mail fraud statue, 18 U.S.C 1341 was amended by the White-Collar crime Penalty Enhancement Act of 2002, 116 Stat. 804 which increased the penalties from maximum of five years of imprisonment to a 20 years maximum of imprisonment. Please explain why the plea agreement statue says 20 years term of imprisonment?

    I am approaching the completion of my third year here. My wife, my kids and I are only trying to seek an understanding. We are all trying to stay strong and united apart until our family is whole again. Please consider my question with grace and understanding.

    Thank you Mr. Waters for your time
        Sincerely,

        Rick Burnett
        14117-026