

## United States District Court
### Central District of Illinois

JOHN M. WATERS
CLERK OF COURT

218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

TEL: 217-373-5830
FAX: 217-373-5834

August 23, 2007

RICK BURNETT #14117-026
US PENITENTIARY
PO BOX 1000
MARION, IL 62959

RE:  CD/IL Case #03-20098-001

Dear Mr. Burnett:

Reference is made to your letter dated 8/9/07 and filed 8/13/07 as document #28.  Unfortunately, this office is not allowed either to perform legal research or give legal advice.  You must perform your own research or speak to an attorney or law clerk.  I regret that we cannot assist you further in this matter.

Very truly yours,

JOHN M. WATERS, CLERK
U.S. DISTRICT COURT

JMW/kjm
cc:    all counsel
       U.S. Probation Office