**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | COURT NO. 03-20098-001 |
| RICK L. BURNETT, ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

Please enter the appearance of JAMES A. LEWIS, Assistant United States Attorney, as co-counsel for the United States in this case.

Respectfully submitted,

**RODGER A. HEATON
UNITED STATES ATTORNEY**

s/James A. Lewis
James A. Lewis, Bar # NC 5470
Attorney for Plaintiff
United States Attorney's Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888 or 4580
E-mail: Jim.Lewis2@usdoj.gov

**CERTIFICATE OF SERVICE**

It is hereby certified that service of the foregoing **ENTRY** was mailed on December 19, 2007 upon the following individual(s) by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

> Rick L. Burnett
> %Brett N. Olmstead
> Beckett & Webber PC
> 508 S. Broadway
> P.O. Box 17160
> Urbana, IL 61803-7160

> s/James A. Lewis
> James A. Lewis, Bar # NC 5470
> Attorney for Plaintiff
> United States Attorney's Office
> 318 S. 6th Street
> Springfield, Illinois 62701
> Tel: 217-492-4450
> Fax: 217-492-4888 or 4580
> E-mail: Jim.Lewis2@usdoj.gov