

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

**PAMELA E. ROBINSON**
**CLERK OF COURT**

**OFFICE OF THE CLERK**
**218 U.S. COURTHOUSE**
**201 SOUTH VINE STREET**
**URBANA, ILLINOIS 61802**

**TEL: 217.373.5830**
**FAX: 217.373.5834**

July 21, 2008

| Colin S. Bruce | Brett N. Olmstead | James R. Dowd |
| U. S. ATTORNEY | BECKETT & WEBBER PC | DOWD & DOWD PC |
| Suite 226 | 508 S Broadway | Suite 2175 |
| 201 S Vine St. | P O Box 17160 | 100 N Broadway |
| Urbana, IL 61802 | Urbana, IL 61803-7160 | St. Louis, MO 63102 |

RE: USA V RICK L. BURNETT
CASE NO. 03-20098-01

Dear Counsel of Record:

The Clerk has in its possession **defendant' exhibits 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, and 12** in the above case. If you wish to have any of these exhibits returned to you, please notify the Clerk's Office by **August 4, 2008.** If the Clerk has not heard from you by this date, the exhibits will be shredded or destroyed.

Sincerely,

s/Pamela E. Robinson
PAMELA E. ROBINSON, CLERK
U. S. DISTRICT COURT

PER/vlb