

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

PAMELA E. ROBINSON
CLERK OF COURT

TEL: 217-373-5830
FAX: 217-373-5834

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

July 31, 2008

**UNITED STATES OF AMERICA**

v.

CASE NO. **03-20098-01**

**RICK L. BURNETT**

### RECEIPT

RECEIVED from Pamela E. Robinson, Clerk, U.S. District Court for the Central District of Illinois the defendant's exhibits 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12.

Date: 7/31/08

s/Brett Olmstead
Attorney for Plaintiff/Defendant